Morris Goldwasser et al., trading as M. Goldwasser & Sons, appellees, v. Abraham Siegel and Max Siegel, trading as Siegel Brothers, appellants. Gen. No. 24,096.

Action to recover purchase price of goods sold. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. D. H. Wamsley, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed December 31, 1918.

Eisendrath & Solomon, for appellants. James McKeag, for appellees.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Henry Peter Larsen, appellee, v. Chicago Railways Company, appellant. Gen. No. 23,928.

Action to recover damages for personal injuries sustained in alighting from a street car. Judgment for plaintiff for $1,500. Appeal from the Superior Court of Cook county; the Hon. Marcus A. Kavanagh, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed December 31, 1918. Rehearing denied January 15, 1919. *Certiorari* denied by Supreme Court (making opinion final).

William H. Symmes and Frank L. Kriete, for appellant; John R. Guilliams and Philip Rosenthal, of counsel. Otto Christensen and M. Emmet Clare, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

A. Heym, appellee, v. Richard J. McCormick, on appeal of John A. McCormick, individually and as executor, appellants. Gen. No. 24,037.

Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed and remanded on authority of opinion, *ante*, p. 33, with which this case was consolidated. Opinion filed December 31, 1918.

Thomas F. Burke and Roy C. Merrick, for appellants. Vincent D. Wyman, Harry C. Kinne and Charles E. Carpenter, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

Genevieve M. Goodwillie, appellee, v. T. G. Warden, appellant. Gen. No. 24,102.

Action to recover for damages to an automobile sustained in a collision with another car. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed December 31, 1918.

Garnett & Garnett, for appellant; Cyrus L. Garnett, of counsel. Litsinger, Healy & Reid, for appellee; James J. Finn, of counsel.

Mr. Justice Taylor delivered the opinion of the court.